**Ari H. Marcus, Esq.**
Licensed to Practice in NJ, NY & PA
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

# MARCUS ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712

**NEW YORK OFFICE**:
4 Ridgeway Terrace
Spring Valley, New York 10977

*All Correspondences to NJ Office*

March 16, 2017

Honorable U.S. Magistrate Judge A. Kathleen Tomlinson
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722
*Via ECF*

    **Re:**  **Jennifer Davis v. Ally Financial, Inc.**
    **Civil No.** **2:16-cv-04503-LDW-AKT**

To the Honorable U.S. Magistrate Judge Tomlinson,

  The undersigned represents the Plaintiff in this action brought pursuant to the Telephone Consumer Protection Act (the "TCPA"). Please be advised that this matter has been settled as to all parties and claims. It is therefore respectfully requested that a 60-day Order be issued, in order to allow the parties to finalize settlement details and submit a Stipulation of Discontinuance.

  It is further respectfully requested that the Status Conference scheduled for March 17, 2017 be adjourned *sine die*, in light of the settlement reached in this action.

  Defendant's counsel is copied on this communication and has consented to the within request. Kindly contact the undersigned with any questions or concerns regarding the foregoing.

        Respectfully Submitted,


        s/ Yitzchak Zelman
        Yitzchak Zelman, Esq.