UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER DAVIS,<br><br>                                    Plaintiff,<br><br>- against -<br><br>ALLY FINANCIAL INC.,<br><br>                                    Defendant. | Docket No. 2:16-cv-04503-LDW-AKT |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of her claims against ALLY FINANCIAL INC., in the above-captioned matter, with prejudice.  A proposed Order of Dismissal is annexed hereto as Exhibit A.


Dated:         May 8, 2017

| | |
|---|---|
| MARCUS & ZELMAN, LLC | TROUTMAN SANDERS, LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Jennifer Davis* | *Ally Financial Inc.* |
| | |
| By:      /s/ Yitzchak Zelman            | By:   /s/ Ethan G. Ostroff       |
|          Yitzchak Zelman, Esq. (YZ5857) |       Ethan G. Ostroff, Esq. |
| 1500 Allaire Avenue, Suite 101 | 222 Central Park Avenue, Suite 2000 |
| Ocean, New Jersey 07712 | Virginia Beach, VA 23462 |
| Tel:  732.695.3282 | Tel: 757.687.7541 |
| Fax: 732.298.6256 | Fax: 757.687.7510 |
| Email:  yzelman@marcuszelman.com | Email: ethan.ostroff@troutmansanders.com |

31298733v1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER DAVIS,<br><br>      Plaintiff,<br><br>- against -<br><br>ALLY FINANCIAL INC.,<br><br>      Defendant. | Docket No. 2:16-cv-04503-LDW-AKT |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' May 8, 2017 Stipulation of Dismissal, all claims asserted in Civil Action No: 2:16-cv-04503-LDW-AKT, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** _____ **day of** _____, 2017.

_____
HONORABLE LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

31298733v1