UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER DAVIS, <br><br> Plaintiff, <br><br> - against - <br><br> ALLY FINANCIAL INC., <br><br> Defendant. | Docket No. 2:16-cv-04503-LDW-AKT <br><br> FILED <br> IN CLERK'S OFFICE <br> U.S. DISTRICT COURT E.D.N.Y. <br> ★ MAY 10 2017 ★ <br> LONG ISLAND OFFICE |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of her claims against ALLY FINANCIAL INC., in the above-captioned matter, with prejudice. A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:     May 8, 2017

| MARCUS & ZELMAN, LLC | TROUTMAN SANDERS, LLP |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Jennifer Davis* | *Ally Financial Inc.* |
| | |
| By: __/s/ Yitzchak Zelman__ | By: __/s/ Ethan G. Ostroff__ |
|        Yitzchak Zelman, Esq. (YZ5857) |        Ethan G. Ostroff, Esq. |
| 1500 Allaire Avenue, Suite 101 | 222 Central Park Avenue, Suite 2000 |
| Ocean, New Jersey 07712 | Virginia Beach, VA 23462 |
| Tel: 732.695.3282 | Tel: 757.687.7541 |
| Fax: 732.298.6256 | Fax: 757.687.7510 |
| Email: yzelman@marcuszelman.com | Email: ethan.ostroff@troutmansanders.com |

31298733v1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER DAVIS,<br><br>                    Plaintiff,<br><br>- against -<br><br>ALLY FINANCIAL INC.,<br><br>                    Defendant. | Docket No. 2:16-cv-04503-LDW-AKT |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' May 8, 2017 Stipulation of Dismissal, all claims asserted in Civil Action No: 2:16-cv-04503-LDW-AKT, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** _10th_ **day of** _MAY_, 2017.

_____
HONORABLE LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

CENTRAL ISLIP, NY

31298733v1